AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# United States District Court
for the
## Eastern District of Missouri

United States of America
v.
Kenneth Hansome

Case No: 4:00CR311

USM No: _____

Date of Previous Judgment: 11/17/00
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **120** months is reduced to **100 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 100 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 11/17/00 shall remain in effect.

**IT IS SO ORDERED**

Order Date: 3/4/08

Judge's Signature

Effective Date: 3/14/08
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title